Magistrate Judge Fricke

FILED _____ LODGED
_____ RECEIVED

Sep 21, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ONGKARUCK SRIPETCH,<br>  aka King Richards,<br>  aka Shelby Saint-Claire,<br><br>  Defendant. | NO. MJ20-5220TLF<br><br>MOTION FOR DETENTION ORDER |

The United States moves for detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    ___ Drug offense with a maximum sentence of ten years or more

Motion for Detention/Sripetch
MJ20-5220 TLF - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

    ___    Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

    ___    Felony offense involving a minor victim other than a crime of violence

    ___    Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

    ___    Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

    _X_    Serious risk the defendant will flee

    ___    Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    _X_    Defendant's appearance as required

    ___    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___    Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

    ___    Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___    Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

Motion for Detention/Sripetch
MJ20-5220 TLF - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

<u>X</u>   At the initial appearance

___   After continuance of 3 days (not more than 3)

5. <u>Other matters</u>.

DATED this 21st day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Angelica Williams*
ANGELICA WILLIAMS
Assistant United States Attorney

Motion for Detention/Sripetch
MJ20-5220 TLF - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800