

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

September 22, 2020

**CLERK, US DISTRICT COURT**
Southern District of California
InterdistrictTransfer_CASD@casd.uscourts.gov

Re: Ongkaruck Sripetch
Your No: 20-CR-0160-H
Our No:  MJ20-5220

Dear Clerk:

On September 21, 2020, the Defendant executed a Waiver of Rule 5 Hearings and the Court signed an Order of Transfer, transferring the above captioned case to your court pursuant to Rule 5. The defendant was released on bond and directed to appear in your district on 9/28/20 at 10:00 am before the Honorable Michael Berg.

Attached you will find a PDF image of our docket sheet and public documents contained in the Western District of Washington Court File.

Please feel free to contact me should you have any questions.

Please acknowledge receipt by returning this letter to me at Traci_Whiteley@wawd.uscourts.gov

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By s/ Traci L Whiteley
Deputy Clerk